# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| SONIA LLOYD o/b/o S.H. | * | CIVIL ACTION NO. 17-1522 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the instant complaint is hereby DISMISSED, without prejudice. Fed.R.Civ.P. 4(m); LR 41.3W.

THUS DONE AND SIGNED in chambers, this 5rd day of JUNE, 2018, Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE